Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

Cecil Eric Fox

)
)
)
)
)
)
)
)

**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Prisma Health (Richland)
Emergency Medical Services
Mr. Lee Chang + Business

)
)
)
)
)
)
)
)
)

**Defendant(s)**
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        Name: Cecil Eric Fox #27969
        Address: Lexington Detention Center
        City: Lexington  State: SC  Zip Code: 29072
        County: Lexington
        Telephone Number: 833-[illegible]
        E-Mail Address:

    B. **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

        Defendant No. 1
        Name: Lee Chang
        Job or Title (if known): Owner of Restaurant (Chick)
        Address: Elmwood Drive Avenue
        City: Columbia  State: S.C.  Zip Code: 29201
        County: Richland
        Telephone Number: NA
        E-Mail Address (if known): NA

        [x] Individual capacity   [x] Official capacity

        Defendant No. 2
        Name: Wife Mrs Chang (unknown)
        Job or Title (if known): See above
        Address: Elmwood Drive Avenue
        City: Columbia  State: S.C.  Zip Code: 29201
        County: Richland
        Telephone Number: NA
        E-Mail Address (if known): NA

        [x] Individual capacity   [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name: Emergency Medical Services (EMS)
Job or Title (if known): Ambulance (EM)
Address: NA
NA / NA / S.C. / NA
City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known):

[✓] Individual capacity  [✓] Official capacity

Defendant No. 4
Name: Prisma Health (Richland)
Job or Title (if known): Doctors & Nurses, Hospital NAMES
Address: NA
Columbia / S.C. / 29203
City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known):

[✓] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against (check all that apply):

[✓] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The right to due process of its laws, the right to be free of cruel and intentional pain and suffering, also freedom of speech, unusual punishment.

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

The right to a fair trial, " " to be seen and heard at a set court date and time.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

(See Attached) Pages 1 of 36 Envelopes 1 Thru 10

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

1.) At the Restraught owned by Mr. Mrs. Lee Chang 2.) At the Hospital (Phrisma Health Richland) 3.) On the way to Hospital.

B. What date and approximate time did the events giving rise to your claim(s) occur?

(See Attached Medical Record) From Prisma Health Pages 1 Thru 26 Envelopes 11 Thru 20

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Beside Mr. + Mrs. Changs business two black male confronted me and started assaulting me. The oldest male said what did you say white boy? I said nothing to you. He pulls a piese of rebarb out and started striking me with it. He was trying for head shots. I blocked them with both Arms which broke with his first hit. I was knocked to

(See Attached) Pages 1 Thru 18 Envelopes 21 Thru 28

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.



1.) Two Shattered Arms Left + Right
2.) Two broke foots ( ) ( )
3.) cracked skull Back Areas

{ SEE Medical Report ATTACHED. From Prisma Health Richland }

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.



{ SEE ATTACHED Claims sheet full Report. PAGE 1 Thru 9 Events 1 Thru 6 }

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-4-2026

Signature of Plaintiff

Printed Name of Plaintiff: Seth Eric Fox

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City     State     Zip Code

Telephone Number

E-mail Address