

Cecil Eric Fox 27960 - 1-5-11
C/o Smart Communications
Lexington County Detention Center
P.O. Box 9108
Seminole Fla
          33775 - 9108

COLUMBIA SC 290
5 JAN 2026   PM 4

2026 JAN -8  PM 12: 41

Clerk of Court
901 Richland Street
Columbia SC
                29201
        *Legal Federal Mail*

FOREVER

X-RAYED BY
USMS
DR  1/8/26
Date

THE DETENTION CENTER HAS NOT CENSORED THIS ITEM. THEREFORE, THE
DEPARTMENT DOES NOT ASSUME RESPONSIBILITY FOR ITS CONTENTS.
LEXINGTON COUNTY SHERIFF'S DEPARTMENT DETENTION CENTER



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019